MCGRAIL & BENSINGER LLP
888-C 8th Ave. #107
New York, NY 10019
Ph: (646) 285-8476
Fax: (646) 224-8377
David C. McGrail
dmcgrail@mcgrailbensinger.com

Counsel for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE ADONI GROUP, INC. | ) | Bankr. Case No.: 14-11841 (REG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED | ) | Adv. Proc. No.: 14-02437 (REG) |
| CREDITORS OF THE ADONI GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| JACOB ADONI, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED | ) | Adv. Proc. No.: 14-02438 (REG) |
| CREDITORS OF THE ADONI GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| JENSEN ADONI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED | ) | Adv. Proc. No.: 14-02439 (REG) |
| CREDITORS OF THE ADONI GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| JORDAN ADONI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED | ) | Adv. Proc. No.: 14-02440 (REG) |
| CREDITORS OF THE ADONI GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| JILLCO ASSOCIATES LIMITED | ) | |
| LIABILITY COMPANY and | ) | |
| STANLEY LIEBOWITZ, | ) | |
| | ) | |
| Defendants. | ) | |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                               ) ss.:
COUNTY OF NEW YORK   )

David C. McGrail, being duly sworn, deposes, and says:

1. I am not a party to the action and am over 18 years of age.

2. On June 26, 2015, I served subpoenas on each of the above-referenced defendants through their counsel, via email and Federal Express Overnight Delivery at the following address:

Ilan D. Scharf, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Ave, 34th Floor
New York, NY 10017

3. On June 26, 2015, I served subpoenas on the following nonparties via email (where indicated) and Federal Express Overnight Delivery at the following address:

Frederica Loyola
177 Pine Brook Road
Montville, NJ  07045

Brandon Adoni
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
*Also served via email*

Jennifer Hern
19 Chestnut Hill Drive
Oyster Bay, New York 11771

Robert Castro
3977 Darby Lane
Seaford, NY 11783
*Also served via email*

    Stuart M. Weinberg, CPA
Baron Bergstein & Weinberg PC
450 Seventh Avenue, Suite 2906
New York, NY 10123
*Also served via email*

    4.    On June 26, 2015, I served the five above-referenced nonparty subpoenas on counsel for the defendants, via email and Federal Express Overnight Delivery at the following address:

Ilan D. Scharf, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Ave, 34th Floor
New York, NY 10017


Sworn to before me on this
26th day of June, 2015

s/ Bilal Butt
Notary Public

My Commission Expires: 2/19/17

                                              s/ David C. McGrail
                                              David C. McGrail